41 A.3d 858

COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent

v.

Edward SHEED, pro se, Petitioner.

No. 160 EM 2011.

Supreme Court of Pennsylvania.

April 11, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**